H. O. LASSETER and J. M. COUNCIL, a co-partnership, trading and doing business as CITY PLUMBING COMPANY, v. JOHN E. SHIREY and RUBY L. SHIREY, his wife, and ALLIED BUILDING CREDITS, INC., a Delaware corporation.

9 So. (2nd) 730.                                    Division B
September 29, 1942

Prunty & Brown, for appellants.

Van C. Swearingen, for Appellees, John E. Shirey and Ruby L. Shirey, his wife, and Ira C. Haycock, for Appellee, Allied Building Credits, Inc.

TERRELL, J.:

It appears from further consideration of the transcript that this appeal was entered December 6, 1941, from a final decree dated June 2, 1941. The appeal must be dismissed and the decree appealed from affirmed on authority of the following cases: Scott v. Wellacott, 149 Fla. 537, 6 So. (2nd) 622; DeBowes

v. DeBowes, 149 Fla. 545, 7 So. (2nd) 4; City of Miami Beach v. G. A. P. Co., 149 Fla. 557, 7 So. (2nd) 9; Chewning v. Pollak, 149 Fla. 545, 7 So. (2nd) 4; Harkins v. Atlantic National Bank of Jacksonville, 149 Fla. 229, 7 So. (2nd) 3; Beaty, et al., v. Inlet Beach, 149 Fla. 541, 7 So. (2nd) 1.

BROWN, C. J., CHAPMAN and THOMAS, JJ., concur.